UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ryan John Laches**  Docket No. 5:14-CR-116-1BO

**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Ryan John Laches, who, upon an earlier plea of guilty to Distribute and Possess With Intent to Distribute a Quantity of 25B-NBOMe, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on November 18, 2014, to the custody of the Bureau of Prisons for a term of 22 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Ryan John Laches was released from custody on September 4, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been dealing with severe anxiety and a possible eating disorder. As a result, the probation office is requesting that the court allow the defendant to participate in mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Maurice J. Foy
Maurice J. Foy
Sr. U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: March 18, 2016

**ORDER OF THE COURT**

Considered and ordered this __21__ day of __March__, 2016 and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge

Case 5:14-cr-00116-BO   Document 34   Filed 03/22/16   Page 1 of 1