UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:14-CR-116-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| RYAN JOHN LACHES, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 46 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the ____ day of _____, 2016.

_____
Terrence W. Boyle
U.S. District Judge